UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANNAMALAI ANNAMALAI,

Petitioner,

v.

ANDREW COOPER,

Respondent.

CASE NO. 2:26-cv-02691-BHS-BAT

**ORDER DENYING MOTION TO APPOINT COUNSEL, DKT. 5**

Petitioner Annamalai Annamali, in custody at the Federal Detention Center at SeaTac, proceeds *pro se* in this § 2241 habeas action. This matter is before the Court on Petitioner's motion to appoint counsel. Dkt. 5. As the motion correctly notes, there is no automatic constitutional right to counsel in federal habeas corpus proceedings. *Coleman v. Thompson*, 501 U.S. 722, 752 (1991). However, in "exceptional circumstances," the Court may appoint counsel for indigent civil litigants under 28 U.S.C. § 1915(e)(1). *Palmer v. Valdez*, 560 F.3d 965, 970 (9th Cir. 2009). To determine whether exceptional circumstances exist, the Court considers the likelihood of success on the merits and the petitioner's ability to articulate his claims *pro se* in light of the complexity of the legal issues involved. *Id.*

The petition seeks review of the Bureau of Prisons decision to remove 620 days of time credit earned under the First Step Act. Dkt. 1. Petitioner's motion for temporary restraining

order, Dkt. 2, was denied yesterday. Dkt. 4. Petitioner is currently serving a sentence of 327 months (approximately 27 years) for various financial crimes, including bank fraud and money laundering. No. 1:13-cr00437-WMR-CMS, Dkt. 355 (N.D. Ga. 2015). The judgment in the criminal case states: "Upon completion of the term of imprisonment, the defendant shall be remanded to a duly authorized immigration official upon release from custody for possible deportation." *Id.* at 2. Moreover, while Petitioner states he has been assisted by a jailhouse lawyer who will be departing the prison shortly, his filings to date indicate ample ability to articulate his claims and present legal arguments. Based on the foregoing, the Court finds this is not a case in which exceptional circumstances compel the appointment of counsel.

Accordingly, the Court ORDERS:

1. Petitioner's motion to appoint counsel (Dkt. 5) is DENIED.
2. The Clerk shall provide a copy of this order to Petitioner.

DATED this 5th day of August, 2026.

BRIAN A. TSUCHIDA
United States Magistrate Judge